UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RONALD W. BROWDY,

    Plaintiff,                                       Case No.: 8:18-cv-00079-EAK-CPT

v.

SYNOVOS, INC.,

    Defendant.
_____/

## NOTICE OF SELECTION OF MEDIATOR

Plaintiff, RONALD W. BROWDY, and Defendant, SYNOVOS, INC. (collectively, the "Parties"), by and through their undersigned counsel, and pursuant to the Court's Case Management and Scheduling Order [DE 21], hereby file their Notice of Selection of Mediator and respectfully notify this Honorable Court of the selection of Mark Hanley, Esq. as the Mediator for this matter.

Dated this 25th day of June, 2018.

Respectfully submitted,

| | |
|---|---|
| /s/ Gill Erik De L'Etoile | /s/ Daniel K. Miles |
| Gill Erik De L'Etoile, Esq. | Todd S. Aidman |
| Florida Bar No. 71675 | Florida Bar No. 173029 |
| Erik@deletoilelaw.com | taidman@fordharrison.com |
| De L'Etoile Law Firm, P.A. | Daniel K. Miles |
| 10150 Highland Manor Dr., Ste. 200-058 | Florida Bar No. 119930 |
| Tampa, FL 33610 | dmiles@fordharrison.com |
| Telephone: (813) 563-5025 | FORDHARRISON LLP |
| | 101 E. Kennedy Boulevard, Ste. 900 |
| Attorney for Plaintiff | Tampa, Florida 33602-5133 |
| | Telephone: (813) 261-7800 |
| | Facsimile: (813) 261-7899 |
| | |
| | Attorneys for Defendant |

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on June 25, 2018, I filed the foregoing using the CM/ECF system, which will automatically send electronic notice to the following:

Erik De L'Etoile, Esq.
Erik@deletoilelaw.com
De L'Etoile Law Firm, P.A.
10150 Highland Manor Dr., Suite 200-058
Tampa, FL  33610

/s/ Daniel K. Miles
Daniel K. Miles

```
WSACTIVELLP:9869029.1
```